IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FRED OLIVER,                                      ) | |
| )
| Plaintiff,                             ) | |
| ) | |
| v.                                                ) | CIVIL ACTION |
| ) | FILE NO.: 1:06-CV-0483-CC |
| COLUMBIA SUSSEX CORPORATION,  ) | |
| d/b/a SAVANNAH MARRIOTT            ) | |
| RIVERFRONT,                                 ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

This is to certify that I have this day served upon Defendant or its designated counsel a copy of the foregoing PLAINTIFF'S FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS by HAND-DELIVERY of same in the U.S. Mail, and addressed as follows:

>William T. Mitchell, Esq.
>CRUSER & MITCHELL, LLP
>275 Scientific Drive
>Meridian II, Suite 2000
>Norcross, Georgia 30092

This 2ND day of February, 2009.

>s/David L. Hudgins
>DAVID L. HUDGINS
>davidhudgins@charter.net
>Attorney for Plaintiff
>Georgia Bar # 374108

920 Holcomb Bridge Road
Suite 100
Roswell, Georgia 30076
(770) 998-6655       FAX (770) 998-5544

-1-