IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRED OLIVER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION FILE |
| | * NO. 1:06-CV-0483 |
| COLUMBIA SUSSEX CORPORATION, | * |
| d/b/a SAVANNAH MARRIOTT | * |
| RIVERFRONT, | * |
| | * |
| Defendant. | * |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION AND ENTRY OF COUNSEL

COMES NOW WILLIAM T. MITCHELL and SEAN F. W. KEENAN and hereby file this Notice of Withdrawal and Substitution and Entry of Counsel, showing the Court as follows:

1.

Attorney Shalena Cook is no longer associated with the law firm of Cruser and Mitchell; therefore, her name should be removed as counsel of record for Defendant.

2.

Sean F. W. Keenan hereby enters an appearance as co-counsel of record for Defendant along with William T. Mitchell and the law firm of Cruser & Mitchell, LLP.  The address and telephone number of said new counsel is as follows:

> William T. Mitchell
> Sean F. W. Keenan
> Cruser & Mitchell, LLP
> Meridian II, Suite 2000
> 275 Scientific Drive
> Norcross, GA  30092
> (404) 881-2622
> (404) 881-2630 – fax

3.

The within Withdrawal and Substitution and Entry of Counsel is done with the express permission and consent of Defendant.

Respectfully submitted, this 3rd day of February, 2009.

    CRUSER & MITCHELL, LLP

    s/William T. Mitchell_____
    William T. Mitchell
    Georgia Bar No. 513810
    Sean F. W. Keenan
    Georgia Bar No. 523871
    *Attorneys for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
404-881-2622 (Telephone)
404-881-2630 (Facsimile)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed this **NOTICE OF WITHDRAWAL AND SUBSTITUTION AND ENTRY OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

David L. Hudgins
920 Holcomb Bridge Road
Suite 100
Roswell, GA 30076

I FURTHER CERTIFY that the undersigned responsible for service of the above document acknowledges that he is in possession of the original of the foregoing and the custodian thereof, the same to be held in accordance with the local rule.

This 3rd day of February, 2008.

**CRUSER & MITCHELL, LLP**

s/William T. Mitchell_____
William T. Mitchell
Georgia Bar No. 513810
Sean F. K. Keenan
Georgia Bar No. 523871
*Attorneys for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
404-881-2622 (Telephone)
404-881-2630 (Facsimile)

{Firm\101\100\00310613.DOC}